IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

STEPHANIE WALDRON,

     Plaintiff,

v.
                                    Civil Action No. 2:16-cv-05923
                                    Honorable John T. Copenhaver, Jr.

HEALTHSMART BENEFIT
SOLUTIONS, INC., an Illinois Corporation,

     Defendant.

## AGREED ORDER OF DISMISSAL

     Plaintiff Stephanie Waldron and Defendant HealthSmart Benefit Solutions, Inc., by and through their respective counsel, hereby notify the Court that all matters set forth in the above-styled action as to these parties have been settled and agreed upon.  By agreement of the parties, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** that this action be and hereby is dismissed with prejudice.

     The Clerk is directed to send a copy of this Order to all counsel of record.

     **ENTERED** this 29th day of ___March___, 2017.

                                         _____
                                        Honorable John T. Copenhaver, Jr.

Prepared by:

/s/ Katherine B. Capito
William E. Robinson (WV State Bar #3139)
Katherine B. Capito (WV State Bar #11633)
Dinsmore & Shohl LLP
P.O. Box 11887
707 Virginia Street, East, Suite 1300
Charleston, WV 25339-11887
Telephone  (304) 357-0900
Facsimile  (304) 357-0919
*Counsel for Defendant*

Agreed to by:

/s/ Maria Hughes
Maria Hughes (WV State Bar #7298)
Mark Goldner (WV State Bar #11286)
Hughes & Goldner, PLLC
P.O. Box 11662
Charleston, WV 25339
Telephone  (304) 400-4816
Facsimile  (304) 205-7729
*Counsel for Plaintiff*